# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JULIE VOEKS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>FINANCIAL RECOVERY SERVICES INC.,<br><br>　　　　　　　　Defendant. | Case No. 18-CV-1781-JPS<br><br>ORDER |

On January 23, 2019, the plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs assessed to any party. (Docket #7). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The plaintiff's pending motion for class certification will be denied as moot. (Docket #3).

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #7) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**; and

**IT IS FURTHER ORDERED** that the plaintiff's motion for class certification (Docket #3) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 24th day of January, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge